IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:17-cv-00497-FL

| | |
|---|---|
| MICHAEL STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Deputy Commissioner for Operations, | ) |
| performing the duties and functions | ) |
| not reserved to the Commissioner | ) |
| of Social Security | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on Defendant's Unopposed Motion for Remand to the Commissioner. Plaintiff's counsel has consented to the Defendant's Motion for Remand under sentence four of 42 U.S.C. § 405(g).

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 16th day of April, 2018.

_____
LOUISE WOOD FLANAGAN
United States District Judge

1