UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL STEPHENS,	)
          Plaintiff,	)
	)
v.	)	**JUDGMENT**
	)
	)	No. 5:17-CV-497-FL
	)
NANCY A. BERRYHILL,	)
Commissioner of Social Security,	)
          Defendant.	)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation regarding plaintiff's request for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 3, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,812.00.

**This Judgment Filed and Entered on May 3, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Keeya M. Jeffrey (via CM/ECF Notice of Electronic Filing)


May 3, 2018	PETER A. MOORE, JR., CLERK
	  /s/ Susan W. Tripp
	(By) Susan W. Tripp, Deputy Clerk